UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSEPH YOUNG, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial conference in this matter is scheduled for **August 26, 2021, at 12:00 p.m.**, and will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       August 25, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.