UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -v- | : | ORDER |
| JOSEPH YOUNG, BARBARO BONILLA, DWIGHT BOYD, and JOHN GRANT, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today, with defendants Barbaro Bonilla, Dwight Boyd, and John Grant appearing with their attorneys by video conference, and defendant Joseph Young appearing in person with his attorney,

    IT IS HEREBY ORDERED that:

    1.    The last day for the government to complete discovery is September 24, 2021;

    2.    There will be a status conference on October 14, 2021, at 9:30 a.m. in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York; and

    3.    The time is excluded from calculation under the Speedy Trial Act from today until October 14, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       August 26, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.