# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 12, 2021

**BY EMAIL & ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Joe Young et. al**
     **21 Cr. 486 (SHS)**

Dear Judge Stein:

I represent Joe Young in the above-captioned case and write on behalf of him and his three co-defendants requesting a 45-day adjournment of the status conference, currently scheduled for 9:30 a.m. on Thursday, October 14, 2021. The Government does not object to this request.

I require this adjournment to confer with my client and co-counsel concerning the voluminous discovery already produced, which I have not had adequate time to do given the trial I just completed before the Court in the matter of United States v. Delowar Hossain, (S1) 19 Cr. 606 (SHS). Further, Defendant John Grant was recently appointed a new attorney, Richard B. Lind, on October 8, 2021. I have conferred with counsel for Mr. Grant, Dwight Boyd, and Barbaro Bonilla, who all consent to an adjournment. Lastly, the defendants do not object to the exclusion of this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

Andrew J. Dalack
Assistant Federal Defender
(212) 417-8768

Cc:  Government Counsel

**The conference is adjourned to November 19, 2021, at 11:00 a.m. The time is excluded from calculation under the Speedy Trial Act from today until November 19, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

Dated: New York, New York
October 13, 2021

SO ORDERED:

Sidney H. Stein, U.S. D.J.