# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Joe Young et. al**
           21 Cr. 486 (SHS)

Dear Judge Stein:

    I represent Joe Young in the above-captioned case and write on behalf of him and his three co-defendants to request a 45-day adjournment of the status conference, currently scheduled for 2:30 p.m. on Wednesday, December 22, 2021. The Government does not object to this request.

    An adjournment is appropriate because the parties have been engaged in plea negotiations with respect to Mr. Young and the Government has recently made a formal offer that Mr. Young and I require time to review and consider. The parties, including Mr. Young's co-defendants, agree that the exclusion of this 45-day period from Speedy Trial Act calculations is justified because the delay is necessary to advance productive discussions about a possible pre-trial disposition. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc:   Counsel of Record

---

*Handwritten annotation by the Court:*

12/20 Pretrial conf. adjourned from December 22, 2021 to January 13 at 4:30 p.m. in Ctrm 23A. Time excluded until 1/13/22 under § 3161(h)(7)(A). So ordered.

/s/ Sidney H. Stein, U.S.D.J.