UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,       :     21-Cr-486 (SHS)

     -v-                 :     <u>ORDER</u>

JOSEPH YOUNG, ET AL.,        :

            Defendants.     :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the conference scheduled for January 12, 2022, is adjourned to January 19, 2022, at 4:30 p.m. and will take place in Courtroom 23A. With the consent of all parties, the time is excluded from calculation under the Speedy Trial Act from today until January 19, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      January 12, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.