UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-486 (SHS)

         -v-                                                        :        ORDER

JOSEPH YOUNG, BARBARO BONILLA, and        :
JOHN GRANT,
                                                   :
             Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held on March 16, 2022, with defendants and their counsel present,

      IT IS HEREBY ORDERED that:

      1.    Any motions in limine, proposed voir dire, and proposed jury charges are due by June 20, 2022.

      2.    The responses to any motions are due by June 27, 2022;

      3.    The final pretrial conference is scheduled for July 5, 2022, at 4:00 p.m.

      4.    The trial of this matter is scheduled for July 11 at 9:30 a.m.;

      5.    At the request of the government, and with the consent of all defendants, the Court excludes time from calculation under the Speedy Trial Act from today until July 11, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A); and

      6.    The parties should be aware that although the Court is submitting the jury request for this trial to begin on July 11, 2022, the trial date may be rescheduled by the Ad Hoc Committee on the Resumption of Jury Trials to another date in the third quarter of 2022. The Court will notify the parties as soon as the third quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
          March 17, 2022

                                                         SO ORDERED:

                                                          Sidney H. Stein, U.S.D.J.