# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Joe Young et. al**
**21 Cr. 486 (SHS)**

Dear Judge Stein:

I write with respect to the sentencing proceeding in the above-captioned case, which is scheduled for August 17, 2022.

With the consent of the Government, I respectfully request an extension of time to file Joe Young's sentencing submission, from July 27, 2022, to August 8, 2022. The mitigation expert I retained in connection with Mr. Young's sentencing proceeding is finishing her written report, and I require additional time to receive the report, review it with Mr. Young, and incorporate it into my sentencing submission.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc: Counsel of Record

**The defense sentencing submissions are due on or before August 8, the government's submissions are due by August 15. The sentencing is adjourned to August 22, 2022, at 2:30 p.m.**

Dated: New York, New York
July 27, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.